UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAURICIO RIVAS,

    Petitioner,

v.

METRO POLICE, et al.,

    Respondents.

Case No.: 2:19-cv-00341-RFB-GWF

**Order**

Mauricio Rivas has submitted an incomplete application to proceed in forma pauperis (ECF Nos. 1, 2). He has also failed to file a habeas corpus petition or any other pleading. Thus, this action is dismissed as improperly commenced.

The court notes that it is unclear what type of action Rivas intended to pursue. At the top of a handwritten page that he filed as part of his application to proceed in forma pauperis, he refers to 42 U.S.C. § 1983 (which would implicate his conditions of confinement); 28 U.S.C. § 2254 (which would involve a claim that he is in custody pursuant to a state-court judgment of conviction in violation of his federal constitutional rights); and 28 U.S.C. § 2255 (which would involve a challenge to a federal judgment of conviction); as well as the general habeas statute 28

U.S.C. § 2241 (*see* ECF No. 2). In any event, this action is improperly commenced and is dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that petitioner's incomplete applications to proceed in forma pauperis (ECF Nos. 1 and 2) are both **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: April 3, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE